| | |
|---|---|
| **From:** | Aida Manoukian |
| **To:** | Lauren Chase; Lynda Burns; Operations - USA |
| **Cc:** | jgowen@wfscorp.com |
| **Subject:** | {CONFIRMATION: CHEM RANGER / HOUSTON / 3005528} |
| **Date:** | Friday, March 16, 2018 12:35:12 PM |



```
16-MAR-2018 16:34 GMT




----EARLIEST DELIVERY NOT BEFORE THE 23RD OF MARCH ----


TO                 : CHEMBULK OCEAN TRANSPORT LLC
ATTENTION          : LAUREN CHASE
                   : LYNDA BURNS
                   : OPERATIONS - PATRICK
FROM               : WORLD FUEL SERVICES

WORLD FUEL SERVICES CONFIRMS you have placed following firm order:

VESSEL             : CHEM RANGER

IMO or WFS Reference Number 9490296 (Included for reference purposes only)

PORT               : HOUSTON
DATE               : 20-MAR-2018

AGENT              : DAVIS SHIPPING

SELLER             : WORLD FUEL SERVICES
                     A TRADE NAME/DIVISION OF WORLD FUEL SERVICES, INC.
PAYMENT TERMS      : 30 DDD BY TT
BUYER              : MV CHEM RANGER AND HER OWNERS/OPERATORS AND
                     CHEMBULK OCEAN TRANSPORT LLC

PHYSICAL           : VALERO MARKETING & SUPPLY COMP
FUEL GRADE/SPEC    : MGO/ISO 8217:2010:DMA MAX 0.1%S
QUANTITY           : 280.00 MTONS
PRICE              : USD 562.00 / MTONS  EX-WHARF

PHYSICAL           : VALERO MARKETING & SUPPLY COMP
FUEL GRADE/SPEC    : 380CST/ISO 8217:2010:RMG380 MAX 3.5%S
QUANTITY           : 350.00 MTONS
PRICE              : USD 339.00 / MTONS  EX-WHARF

EXPENSES           : BARGING (FLAT) USD 8,000.00 FLAT
                   : FUEL SURCHARGE USD 1,920.00 FLAT    24 %
                   : TRANSPORTATION USD 10.50 FLAT
                   : HARBOR FEE USD 64.00 FLAT
                   : SECURITY SURCHARGE USD 0.04 MTONS
                   : WHARFAGE FEE USD 0.03 MTONS    IF APPLICABLE
                   : FEDERAL LUST TAX USD 0.001 GALLON
                   : FED OIL SPILL USD 0.0019 GALLON


* Overtime/demurrage/cancellation fees/other charges (if any) at cost for
Buyer's account

* Please ensure close coordination between agent/local supplier at all times
```

\* Please inform us by return of any errors, omissions or changes in the above

All sales are on the credit of the vessel. Buyer is presumed to have authority
to bind the vessel with a maritime lien. Disclaimer stamps placed by the vessel
on the delivery receipt will have no effect and do not waive the Seller's lien.

This confirmation is governed by and incorporates by reference the Seller's Marine
Group of Companies General Terms and Conditions for the sale of marine fuel
products and related services, including the law and jurisdiction clause therein,
in effect as of the date that this confirmation is issued, unless alternative
terms and conditions have been prior agreed in writing by an authorised
representative of the Seller. The Seller's Marine Group of Companies General
Terms and Conditions can be found at:
https://www.wfscorp.com/Marine/pdf/Marine-Terms.pdf

Notwithstanding any other terms and conditions that may have been agreed in
writing between the parties, each party represents and warrants to the other
that at all times during the term of this Agreement it will comply with all
laws and shall obtain all appropriate government approvals applicable to
the performance of its obligations under this Agreement.

Notwithstanding the generality of the foregoing:

(a) Each party represents and warrants to the other that at all times
during the term of this Agreement:

(1) it is knowledgeable about Anti-Bribery Laws applicable to the performance of all
obligations under this Agreement and will comply with all such Anti-Bribery Laws;

(2) neither it nor, to its knowledge, any director, officer, agent, employee or other
person acting on its behalf, has made, offered or authorized, or will make, offer or
authorize, either directly or indirectly, any unlawful payment, gift, promise or other
advantage related to this Agreement; and

(3) it has instituted and maintains policies and procedures designed to ensure continued
compliance with Anti-Bribery Laws applicable to its performance under this Agreement,
including, but not limited to, the maintenance of accurate books and records. Regardless
of whether they may be directly applicable to a party, as a minimum, "Anti-Bribery Laws"
means the United States Foreign Corrupt Practices Act of 1977 and the United Kingdom
Bribery Act 2010 (each as amended from time to time) and all other applicable national,
regional, provincial, state, municipal or local laws and regulations that prohibit the
bribery of, or the providing of unlawful gratuities or other benefits to, any government
official or any other person.

(b) Each party represents and warrants to the other that at all times during the term
of this Agreement:

(1) it is knowledgeable about Trade Laws applicable to each party to this Agreement and
will perform this Agreement such that each party remains in full compliance with all
applicable Trade Laws (currently Iran, Cuba, Syria, North Korea and the

Crimea
Region of Ukraine);

(2) except as authorized or otherwise not prohibited under the terms of any applicable
Trade Laws, neither it, nor any of its subsidiaries or, to its knowledge, any director,
officer, employee, agent, or affiliate, is an individual or entity ("Person") that
is or is owned or controlled by Persons that are (i) the subject of Trade Laws, or
(ii) located, organized or resident in a country or territory that is, or whose
government is, the subject of Trade Laws;

(3) it obtains and maintains all certifications, credentials, authorizations,
licenses and permits necessary to perform under this Agreement in compliance
with all applicable Trade Laws; and

(4) it has instituted and maintains policies and procedures designed to ensure
continued compliance with all Trade Laws applicable to the performance of
this Agreement, including, but not limited to, the maintenance of accurate
books and records. Regardless of whether they may be directly applicable to
a party, as a minimum, "Trade Laws" includes all sanctions, embargoes, or
other trade restrictions administered or enforced by the U.S. Department of
the Treasury's Office of Foreign Assets Control ("OFAC", including the OFAC
Specially Designated Nationals List ("SDN List")), the U.S. Department of
State, the United Nations Security Council, the European Union, Her Majesty's
Treasury, or any other applicable authority or regulatory body (which currently
includes Iran, Cuba, Syria, North Korea and the Crimea Region of Ukraine.)

(c) Each party represents and warrants to the other that at all times during
the term of this Agreement:

(1) it is knowledgeable about Labor Laws applicable to the performance of all
obligations under this Agreement and will comply with all such Labor Laws;

(2) it has instituted and maintains policies and procedures designed to ensure
continued compliance with Labor Laws applicable to its performance under this
Agreement, including, but not limited to, the maintenance of accurate books and
records. Regardless of whether they may be directly applicable to a party, as a
minimum, "Labor Laws" means the UK Modern Slavery Act 2015 and the United
Nations Universal Declaration of Human Rights and all other applicable
national, regional, provincial, state, municipal or local laws and regulations
that (i) prohibit the use of forced or child labor, discrimination, harassment,
abuse, or retaliation in their work place, and (ii) require providing wages,
benefits, and working hours that meet or exceed the applicable legal standards
and regulations.

(d) Notwithstanding any other clause of this Agreement, either party may
terminate this Agreement immediately upon written notice to the other party
at any time if, in its reasonable judgment, the other party is in breach of
any of the representations and warranties in sub-clauses (a), (b), or (c) of
this clause.

For changes please contact: Manoukian, Aida at amanouki@wfscorp.com

Authorized signatory for the World Fuel Services entity stated above,

RGDS,
JOE GOWEN

MSG#: 3005528

*** This communication has been sent from World Fuel Services
Corporation or its subsidiaries or its affiliates for the intended recipient

only and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any review, disclosure, copying, use, or distribution of the information included in this communication and any attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this communication and delete the communication, including any attachments, from your computer. Electronic communications sent to or from World Fuel Services Corporation or its subsidiaries or its affiliates may be monitored for quality assurance and compliance purposes.***