**NOTIFICATION OF INCIDENT OCCURRENCE: 20 April 2018**

Sirs, we must inform you of an incident that has just occurred on board our vessel, the CHEM RANGER - IMO 9490296.

The incident involved stoppage of the main engine. There is no environmental impact or injury to persons.

The Chem Ranger bunkered 350MT of HFO in Houston on March 27th 2018.

Following completion of loading operations, the vessel departed New Orleans heading to Le Havre, consuming LSMGO, until comfortably outside the ECA zone.

After exiting the ECA zone, the vessel switched to the remaining quantity of HFO.

When the settling and service tanks consumed the old HFO, engineers started to transfer, purify and prepare to consume the fresh fuel received in Houston on March 27th.

During purification there was no abnormality observed, nor was there indication of blockage on filters or purifiers abnormal.

Everything looked normal.

After approx. 10 hours from the moment when the fresh fuel entered the main engine and auxiliary engines, the following occurred.

1. On 19 April 2018 / 16.00 LT: the vessel was underway from New Orleans towards Le Havre France, between Florida and the Bahamas straights, at below co-ordinates:

   27.37.244N
   78.57.608W

   At this time, the Engineers observed an abnormal noise, that sounded like knocking, coming from main engine unit #4.

2. 19 April 2018 / 16.00 LT: the engineers agreed and slowed down the main engine revolution from 115RPM to 85 RPM. At this revolution, the abnormal "knocking" observed was almost eliminated.

3. 19 April 2018 / 16.30 LT: One of the two working diesel generators, diesel generator #1, started to fluctuate. The Chief Engineer decided to stop the Main Engine for further inspection.

4. 19 April 2018 / 16.30 LT: engineers immediately changed-over the auxiliary engines from HFO to gas oil; diesel generator #3 was activated and diesel generator #1 was stopped.

5. 19 April 2018 / 16.45 LT: main engine lube oil pump was stopped.

6. 19 April 2018 / 17.00 LT: engineers opened engine covers, in-way-of camshaft unit #4, and observed that the fuel oil injection pump #4 was stuck and the tappet roller was in the upper position.

7. 19 April 2018 / 18.30 LT: the camshaft cover was put back and the engineers tried to start the main engine remotely, from engine control room. The engine failed to start on fuel.

8. 19 April 2018 / 19.00 LT: engineers tried to start main engine, from local stand, engine failed not start. The DPA was contacted and the Company's emergency team was notified.

9. 19 April 2018 / 19.30 LT: the camshaft covers of all cylinder units 1-6 were opened. All fuel oil injection pumps units 1, 2, 3, 5 & 6, were found also stuck while their corresponding tappet rollers units were found in the upper position.

10. 19 April 2018 / 21.30 LT: engineers tried to manually push down the tappet roller guides in several units. This was not possible.

11. 19 April 2018 / 22.00 LT: engineers tried to manually operate the fuel injection pump toothed rack levers IN&OUT, with following result:
    no. 1 unit= 50 %
    no. 2 unit= 30 %
    no. 3 unit= not moving
    no. 4 unit= not moving
    no. 5 unit= not moving
    no. 6 unit= not moving

12. 19 April 2018 / 22.30 LT: the engineers started dismantling / disassembling all fuel injection pumps for inspection and overhauling. The initial feedback is that all fuel pumps' plungers are stuck inside the pump barrels.

The matter is being investigated closely by the Fleet Manger in conjunction with the relevant departments and the vessel's crew. The immediate corrective actions are:
1. to change all six plungers and barrels with existing spares.
2. Overhaul No.1 A/E fuel injection pumps and inspect internal condition

The vessel's fuel manifold sample was tested as per the Company's standing procedures at a shore LAB. The initial test suggested that the fuel conforms to Table 2 of ISO 8217:2010 specifications for grade IFO 380 - RMG 380.

Moreover, an onboard compatibility test was also carried out between old and newly supplied fuel as per the Company's standing procedures which suggested that fuels were compatible.

Notwithstanding the above, basis the initial symptoms displayed together with the timing of this occurrence, the Company has asked the shore lab VISWA LABS to carry out additional detailed tests of the new HFO supplied in New Orleans (POMP test) as a matter of priority and further conduct a shore compatibility test against the previous HFO.

At this time, the vessel has good power with two generators and clear continual communication with shore. The vessel is being continually monitored by the Emergency Team and the responsible superintendents who are receiving live polling of the vessel's GPS location as well as live data from the vessel's AIS.

The vessel is in deep waters currently drifting while the fuel pumps are being overhauled.

The Company is monitoring the weather conditions, weather forecast and projected drifted trajectory of the vessel. Moreover, the vessel has been advised to send screenshots from ECDIS every 2 hours to the office which will be continually acknowledged. The Emergency Team has established a 24hr surveillance rotation.

At this time, we do not believe that there is an immediate threat to the environment however the Company has established standing orders in the event there is proximity to shallower waters and assets have been located in the area to ensure fast emergency response if required.

Fortunately there are sufficient spares, including 6 spare sets of plunger/barrel elements, on board the vessel to carry out the prescribed immediate corrective actions. There is also sufficient LSMGO (>200mt) to proceed to a nearby port and operate the Nitrogen generator as necessary.

At this time, we do not have a time of completion for the overhauling and replacement of the plungers and barrels. However, pending our investigation and the findings of VISWA Lab, we must advise of the possibility that we will proceed to a nearby facility for debunkering. We are working closely with our commercial managers on this.

We will keep you posted with further news.

Needless to say, have launched a full investigation and will release to you our report and findings in due course, as well as to the other OCIMF members.

# M/E FAILURE INCIDENT UPDATE: 21 April 2018

Sirs, we would like to inform you of our update to the previously reported incident (below for your guidance).

The vessel has drifted to the following coordinates where she remains anchored:
    27.18.8930N
    078.26.2870W



By way of update:

- 20 April 2018 / 18:00LT: the emergency team remained assembled throughout as per the agreed rotation, and in contact with the vessel Master and Chief Engineer.
  Further to the progress of the immediate corrective actions and the anticipated time to complete these, it was decided to also dispatch a tug and tow the vessel to the nearest safe harbor for completion of repairs and testing of the main engine. The Company put out a request for assets in the area. Various tug operators were approached, including NRC (the Company's OPA 90 response contractor).

- 20 April 2018 / 23:12: the Company confirmed the booking of the tug Resolve Commander which provided the quickest response time. The ETA to the vessel is 21 April 2018 at approx. 18:00LT.
  Resolve Commander Specifications:
    o M/E EMD 20-645E57B
    o BHP: 7200
    o Bollard Pull (ABS Certified): 78st

Exhibit A

> The tug is instructed to tow the vessel to Freeport. Meantime, the tug's movements are being continually monitored by the Company. The Company continues to coordinate with the tug company regarding the upcoming procedure. Agents have been appointed at Freeport to attend the vessel.
>
> - 21 April 2018 / 07:00 LT: it was agreed to dispatch the vessel's Fleet Manager and Technical Superintendent to join the vessel at Freeport. The Vessel's Flag State, Marshall Islands, and classification society NKK, have been advised and have been requested to attend at Freeport.

Further to the prescribed corrective actions, the status report is as follows:

1. All fuel injection pumps 1, 2, 3, 4, 5 and 6 dismantled.
2. Fuel injection pumps 1, 2, 3: pump case cleaned, top cover stuck with the barrel dismantled, top cover cleaned. Roller guide complete case cleaned.
3. One plunger and barrel now in ultrasonic bath
4. Spares plunger and barrel (6 pcs) now in progress for cleaning from grease and preparing for installation.
5. Fuel injection pump no.4: case in solvent bath for cleaning, top cover stuck with barrel in solvent bath for cleaning
6. Fuel injection pump no.5: in workshop bath for dismantling
7. Fuel injection pump no.6: in progress for dismantling from engine

Note that works have not yet commenced on A/E 1. A/Es number 2 and 3 are in good working order and fully operations. As such, priority was given to the M/E injection pumps. Two teams / shifts have been organized working on 12 hour rotations to avoid excess working hours.

We will keep you posted. In case you would like to contact the Company for further clarifications, please do so at:
    Email: emergency@interunity.com
    Phone: +30 210 678 1099

## M/E FAILURE INCIDENT UPDATE: 23 April 2018

Sirs, we would like to inform you of our update to the previously reported incident (below for your guidance).

By way of update on the incident.

The Onsite Incident Reponses Team consisting of the vessel's Fleet Manager and Technical Superintendent, has been dispatched. They are due to arrive at Freeport evening of April 23rd.

- 21.04.2018 / 18:30LT: Established communications with Resolve Commander. Agreed working channels of communication. Confirmed they reviewed towing operation, no comments.
  Weather conditions: wind ENE-28 knots; sea moderate to rough; swell ENE - 3.5m; sign. waves -4m 19:35LT
  Resolve Commander approached and remain in stand-by to evaluate the situation.

- 21.04.2018 / 20:35LT: Agreed with Master of Resolve Commander to wait until first light as (i) prospects for weather conditions were to improve and (ii) better visibility. Vessel anchor was secure, no dragging or movement. Resolve Commander agreed to stay nearby the vessel in case of any emergency, keeping watch and every 60 mins communication over VHF.
  Weather conditions: wind E- 30 knots; sea moderate to rough; swell ENE - 3.5m; sign. waves - 4m.

- 22.04.2018 / 08:10LT: Reviewed operation with Resolve Commander regarding approach and connecting of towing wire. Indications were that waves were to turn direction opening a still period so agreed with Resolve Commander to postpone operation to 13:00 LT and review.
  Weather conditions: wind ENE- 31 knots; sea moderate; swell ENE - 3.0m; sign. waves - 3.5m.
  Remark: Vessel was not rolling, pitching or swinging. Vessel more stable despite wind pickup.

- 22.04.2018 / 10:35LT: Reviewed with Master of Resolve Commander backup plan for towing operation as per agreed plan.

- 22.04.2018 / 13:20LT: Weather calm. Agreed with Resolve Commander to GREEN LIGHT primary towing plan.

- 22.04.2018 / 13:55LT: Resolve Commander in position.

- 22.04.2018 / 13:57LT: Heaving line passed to Resolve Commander.

- 22.04.2018 / 13:58LT: Messenger line on tug.

- 22.04.2018 / 14:02LT: Mooring rope on tug.

- 22.04.2018 / 14:04LT: Start heaving up the towing wire.

- 22.04.2018 / 14:09LT: Towing wire on board.

- 22.04.2018 / 14:17LT: Towing wire secured on board.

- 22.04.2018 / 14:25LT: Towing arrangement completed.

- 22.04.2018 / 14:30LT: Started heaving anchor.

- 22.04.2018 / 14:50LT: Anchor aweigh.

- 22.04.2018 / 14:55LT: Commence towing operations to Freeport as per passage plan.

- 22.04.2018 / 18:00LT: Capt of Resolve Commander requested to disengage the Turning Gear to assist in keeping the vessel on steady course to improve the manoeuvrability. Cylinder vent pipes remained open since vessels stop. Turning Gear disengaged. Fuel Injection pumps lubrication pipes plugged. Lubricating pump in operation at low pressure. Main Engine observed no turning by the towing current improving manoeuvrability.

- 22.04.2018 / 18:30 Vessel under tow, improved speed. Live monitoring from the Company's station and ECDIS screenshots every 2 hrs. Continual monitoring of the weather.

- 22.04.2018 / 18:00LT - Propeller disengaged

- **ETA Freeport 15:00LT**



Exhibit A

Update on the vessel's corrective actions regarding machinery works onboard:

<u>Main Engine:</u>
- fuel oil injection pump case all 6 units: cleaned, ready for reassembly
- fuel oil injection pump roller guide complete case all 6 units (tappet roller) cleaned, ready for reassembly
- fuel oil injection pump top cover assembled with new barrel and plunger all 6 units; done, ready reassembly in pump case

<u>Auxiliary Engine No.1:</u>
- fuel oil injection pumps found stuck (no.2, no.3, no.4, no.5) dismantled from engine and put in store for further inspection.
- fuel oil injection pumps no.1, no.6 dismantled from engine and ready for overhauling

<u>Fuel Oil Purifier No. 2:</u>
- fuel oil purifier no.2 was in service during navigation time before ME failure. The purifier was overhauled and is ready to put in service