**Lisa Schrader**

| | |
|---|---|
| **From:** | Emilie Bokor-Ingram <Emilie.Bokor-Ingram@hfw.com> |
| **Sent:** | Monday, May 14, 2018 11:25 AM |
| **To:** | Andrew Johnson |
| **Cc:** | Richard Neylon |
| **Subject:** | FW: CHEM RANGER - Testing of Bunker Samples - WITHOUT PREJUDICE COMMUNICATION [HFWLDN-HFWLDN.FID2267426] |

Dear Andrew,

Further to our telcon, please see below our two notification e-mails sent to the fuel suppliers in relation to the proposed testing, along with WFS' response.

For ease of reference, our points of contact with the respective fuel suppliers are:

WFS:
JWoods@wfscorp.com

Valero:
KLetourneau@BlankRome.com, CC jherschaft@blankrome.com

The testing will take place at Intertek's West Thurrock lab.

We have just been advised by Brookes Bell that Sonia Quintanella of MTD is instructed to attend the testing on behalf of Valero. We understand Pierre de Jager of CWA will be representing your client.

Kind regards
Emilie Bokor-Ingram
Senior Associate
**HFW**

**D** +44 (0)20 7264 8463 | **M** +44 (0)7879 476483
**E** emilie.bokor-ingram@hfw.com

HFW, Friary Court, 65 Crutched Friars, London EC3N 2AE, United Kingdom
**T** +44 (0)20 7264 8000 | **F** +44 (0)20 7264 8888 | **hfw.com**

---

**From:** Jonny Woods [mailto:JWoods@wfscorp.com]
**Sent:** 14 May 2018 12:05
**To:** Emilie Bokor-Ingram; Andrew Miller; Letourneau, Keith; Jim Brown; Richard Neylon
**Cc:** Peter Fadul; Dennis Eley; Chris Yetman; Herschaft, Jeremy A.
**Subject:** RE: CHEM RANGER - Testing of Bunker Samples - WITHOUT PREJUDICE COMMUNICATION [HFWLDN-HFWLDN.FID2267426]

Dear Emilie,

Many thanks for your message. In light of the short notice, World Fuel Services ("WFS") is content not to require its own representative attend the seal breaking/testing. WFS will, however require a full report and photographic record of the chain of custody, the seal breaking (before and after) and of the tests undertaken.

1

Exhibit C

The above is without prejudice to WFS' position that the samples taken and any analysis thereof are not determinative of the fuel delivered to the vessel CHEM RANGER at Houston on/about 27th March.

In the meantime, WFS continues to reserve all its rights and remedies pursuant in contract and in law.

Kind regards

**Jonny Woods**
**Marine Counsel - Global Marine Trading**

E: jwoods@wfscorp.com
T: +44 20 7808 5018
M: +44 7525 274384

World Fuel Services Europe Ltd.
62 Buckingham Gate
London, SW1E 6AJ

Registered in England and Wales.
Registered No. 4846814
Registered address: The Broadgate Tower, 20 Primrose Street, London, EC2A 2RS

**From:** Emilie Bokor-Ingram [mailto:Emilie.Bokor-Ingram@hfw.com]
**Sent:** 14 May 2018 11:17
**To:** Andrew Miller <Andrew.Miller@hfw.com>; Jonny Woods <JWoods@wfscorp.com>; Letourneau, Keith <KLetourneau@BlankRome.com>; Jim Brown <jim.brown@hfw.com>; Richard Neylon <richard.neylon@hfw.com>
**Cc:** Peter Fadul <PFadul@wfscorp.com>; Dennis Eley <DEley@wfscorp.com>; Chris Yetman <CYetman@wfscorp.com>; Herschaft, Jeremy A. <jherschaft@blankrome.com>
**Subject:** [EXTERNAL]RE: CHEM RANGER - Testing of Bunker Samples - WITHOUT PREJUDICE COMMUNICATION [HFWLDN-HFWLDN.FID2267426]

Dear Jonny and Keith,

We have now been advised that, due to limited lab availability, the testing is proposed to take place tomorrow in order not to miss the window of availability.

We therefore strongly recommend that your / your clients' representatives liaise with Chris Gascoigne in order to witness the breaking of the seals and observe the testing at Intertek tomorrow.

Kind regards
Emilie Bokor-Ingram
Senior Associate
**HFW**

**D** +44 (0)20 7264 8463 | **M** +44 (0)7879 476483
**E** emilie.bokor-ingram@hfw.com

HFW, Friary Court, 65 Crutched Friars, London EC3N 2AE, United Kingdom
**T** +44 (0)20 7264 8000 | **F** +44 (0)20 7264 8888 | **hfw.com**

---

**From:** Emilie Bokor-Ingram
**Sent:** 14 May 2018 10:25

2

Exhibit C

**To:** Andrew Miller; Jonny Woods; Letourneau, Keith; Jim Brown; Richard Neylon
**Cc:** Peter Fadul; Dennis Eley; Chris Yetman; Herschaft, Jeremy A.
**Subject:** RE: CHEM RANGER - Testing of Bunker Samples - WITHOUT PREJUDICE COMMUNICATION [HFWLDN-HFWLDN.FID2267426]

Dear Jonny and Keith,

Further to Andrew's message below, please see attached a copy of Brookes Bell's message sent out to the other surveyors on Friday.

Kind regards
Emilie Bokor-Ingram
Senior Associate
**HFW**

**D** +44 (0)20 7264 8463  |  **M** +44 (0)7879 476483
**E** emilie.bokor-ingram@hfw.com

HFW, Friary Court, 65 Crutched Friars, London EC3N 2AE, United Kingdom
**T** +44 (0)20 7264 8000  |  **F** +44 (0)20 7264 8888  |  **hfw.com**

HFW is Holman Fenwick Willan LLP, which is a limited liability partnership registered in England and Wales (with registered number OC343361) and is authorised and regulated by the UK Solicitors Regulation Authority, with registered number 509977. A list of members' names is open to inspection at the registered office, Friary Court, 65 Crutched Friars, London EC3N 2AE.

This e-mail (including all attachments) is intended for the named addressee. It is confidential and may be privileged. If you have received it in error, please contact us immediately and then delete it. You should not disclose its contents to any other person.

**Our bank account details are in our client care letters and will not change. Please do not reply to or act upon any email you receive purporting to advise you that our bank account details have changed. If you receive any such communication, please telephone us and speak to your contact at our office. We will also require independent verification of changes to any account to which we are asked to send money.**

This message has been scanned for viruses by Mimecast.

**Beirut   Brussels   Dubai   Geneva   Hong Kong   Houston   Jakarta   Kuwait   London   Melbourne   Paris   Perth   Piraeus   Riyadh   São Paulo   Shanghai   Singapore   Sydney**

Please consider your environmental responsibility before printing this email.

**Lisa Schrader**

**From:** Richard Neylon <richard.neylon@hfw.com>
**Sent:** Friday, December 21, 2018 7:55 AM
**To:** Andrew Johnson
**Subject:** FW: CHEM RANGER

Andrew

As discussed, note the below.

Also, I have spoken with Brookes Bell, they confirm that they will be in touch with your clients' surveyor with a view to arranging the testing in the New Year.

Kind regards

Richard

Richard Neylon
Partner
**HFW**

D +44 (0)20 7264 8100  |  M +44 (0)7786 266919
E richard.neylon@hfw.com

HFW, Friary Court, 65 Crutched Friars, London EC3N 2AE, United Kingdom
T +44 (0)20 7264 8000  |  F +44 (0)20 7264 8888  |  **hfw.com**

**From:** Richard Neylon
**Sent:** 21 December 2018 12:48
**To:** 'sw@wagnerlegalco.com' <sw@wagnerlegalco.com>
**Cc:** 'jodie.barnes@brookesbell.com' <jodie.barnes@brookesbell.com>; 'chris.gascoigne@brookesbell.com' <chris.gascoigne@brookesbell.com>; 'cmacivor@fflegal.com' <cmacivor@fflegal.com>; 'jforeman@fflegal.com' <jforeman@fflegal.com>; 'pbagley@fflegal.com' <pbagley@fflegal.com>; Emilie Bokor-Ingram <emilie.bokor-ingram@hfw.com>
**Subject:** CHEM RANGER

Dear Mr Wagner

We are the London lawyers representing the owners of "CHEM RANGER". Your message has been passed to us by Brookes Bell (ric).

Our clients are not involved in the proceedings to which you refer.

Our clients have no plans to delay the testing of the machinery parts/samples. Indeed, several months have already elapsed since the incident and it is important that things are progressed.

If your clients do not wish to participate in the joint testing that is their prerogative. However, you are placed on notice that our clients intend to rely on the results of the testing to pursue their claims against the relevant liable party. A Court / Tribunal is likely to be unsympathetic to any criticisms of the testing your clients may

1

Exhibit C

seek to raise in the future, in circumstances where your clients where given the opportunity to participate in the testing but elected not to do so.

As to documents, our clients will be progressing matters in the New Year. Once the tests have been completed all documents and information to support our clients' damages claim will be provided to Charterers.

We should add, your clients are intimately familiar with the "US Gulf Bad Bunker Problem", that is, off spec bunkers supplied in the Gulf region earlier this year. It is not helpful for you to suggest that there is "no evidence" to suggest that the fuel supplied by WFS on this occasion was off spec, when all the evidence is consistent with this being yet another incident of off spec fuel.

We call upon you to provide:-

    (i)    Details of all other incidents or alleged incidents relating to US Gulf Bad Bunker Problem that WFS are/have been involved with.
    (ii)    Details of all other vessels supplied with the bunkers from WFS bunker barge "MISS MONIE" B-252 and confirmation of whether these other vessels also experienced any issues with the bunkers.
    (iii)    Details of all other vessels supplied with bunkers from the same batch as the bunkers supplied by "MISS MONIE" B-252 to "CHEM RANGER" and confirmation of whether these vessels also experienced any issues with the bunkers.
    (iv)    Confirmation of precisely when and how the US Gulf Bad Bunker Problem first came to the attention of WFS and what steps (if any) WFS took in reaction to this information, including to assess and prevent any vessels (and/or any further vessels) receiving bad bunkers.
    (v)    What due diligence was carried out by WFS on the "CHEM RANGER" bunkers to ensure that they did not comprise bunkers from the US Gulf Bad Bunker Problem.
    (vi)    The source/provenance of the "CHEM RANGER" bunkers.
    (vii)    How WFS managed the sourcing of "CHEM RANGER" bunkers given the US Gulf Bad Bunker Problem.
    (viii)    All correspondence relating to the "CHEM RANGER" bunker stem.

Please confirm whether:

(a) The above documents have been preserved; and
(b) You are prepared to provide these documents to our clients now on a voluntary basis.

Our view is that it is inevitable that Charterers (and we presume therefore WFS) will be liable for the losses and damages in this case. With that in mind, if your clients wish to avoid the further costs that our clients will incur, we would encourage your clients to admit liability. Otherwise we will proceed with the recovery action.

Our clients have instructed Brookes Bell to proceed accordingly and Brookes Bell will invite the relevant surveyors to participate in the tests.

Kind regards
Richard Neylon
Partner
**HFW**

**D** +44 (0)20 7264 8100 | **M** +44 (0)7786 266919
**E** richard.neylon@hfw.com

HFW, Friary Court, 65 Crutched Friars, London EC3N 2AE, United Kingdom
**T** +44 (0)20 7264 8000 | **F** +44 (0)20 7264 8888 | **hfw.com**

-------- Original message --------
From: Scott Wagner <sw@wagnerlegalco.com>
Date: 17/12/2018 16:09 (GMT+00:00)

To: Jodie Barnes <jodie.barnes@brookesbell.com>, Chris Gascoigne <chris.gascoigne@brookesbell.com>, cmacivor@fflegal.com, jforeman@fflegal.com, pbagley@fflegal.com
Subject: CHEM RANGER

Dear All,

This firm represents Word Fuel Services and its interests with respect to the suit filed related to CHEM RANGER in the United States District Court for the Southern District of Florida.

We are in receipt of Chris Gascoigne's message to our appointed surveyors with respect to owners' desire to conduct testing on certain samples you have collected. In particular we note that there is an intention to carry out "*the separation of the seized parts (by mechanical means and/or wire cutting), recovery and analysis of any fuel-related deposits and metallurgical inspection of the components themselves*" within the UK.

As an initial note, we are rather surprised that a lawsuit was filed before any pertinent investigation was made.

Nevertheless, now that suit has been filed, we believe this testing before service and before discovery plan is arrived at or ordered may be in contravention of the Local Rules and discovery procedures in the Court now seized with jurisdiction over the matter.

While we have not been served with process we are indeed concerned about issues of spoliation of evidence.

We do not wish to be in violation of any rule of the court and moreover, we are reticent to unnecessarily spend a considerable amount of money on the proposed inspections/analysis when there is no evidence the fuel was off-spec, defective and/or caused any damage. We remind Owners and Charterers, Chembulk, that the proposed inspections/analysis will not show the quality of the fuel delivered to the Vessel by World Fuel Services, which has to this been point been blamed for the issues apparently suffered by the Vessel, and further remind Chembulk that the samples taken from the Vessel at Freeport are likewise not binding as to the quality of the fuel delivered by World Fuel Services to Chembulk in accordance with the sale contract.

Moreover, we have repeatedly asked for a host of documentation to be provided by Charterers and Owners. We believe that the requested documentation will inform as to the issues and must be provided first so that it can be analyzed before any extensive money is spent on scientific testing relating to mechanical components or of fuel samples that already proved to be on spec and in accordance with the ISO standards and the contract entered into by World Fuel Services and Chembulk. Nevertheless, notwithstanding our early, repeated, and material document requests, Charterers and Owners have failed to provide any documents to date. The most likely conclusion to draw from such a simple yet important request is that the requested documents do nothing to support Charterers' (or Owners') claims.

Should Owners choose to unilaterally go forward with the testing we would like, on a without prejudice and non-binding basis, the protocols and methodology you will use in advance so we may comment as necessary and to be provided with the testing results.

Regards,
Scott Wagner



**WAGNER LEGAL**
**Scott A. Wagner, Esq.**
Business & Trial Law - Air | Land | Sea

3

Exhibit C

3050 Biscayne Blvd., Suite 904
Miami, FL 33137
Phone: 305-459-3005 Ext. 101
Direct: 305-768-9247
Cell: 305-794-8508
www.WagnerLegalCo.com

HFW is Holman Fenwick Willan LLP, which is a limited liability partnership registered in England and Wales (with registered number OC343361) and is authorised and regulated by the UK Solicitors Regulation Authority, with registered number 509977. A list of members' names is open to inspection at the registered office, Friary Court, 65 Crutched Friars, London EC3N 2AE.

This e-mail (including all attachments) is intended for the named addressee. It is confidential and may be privileged. If you have received it in error, please contact us immediately and then delete it. You should not disclose its contents to any other person. For more information on how we may process your personal data, please read our Privacy Notice.

**Our bank account details are in our client care letters and will not change. Please do not reply to or act upon any email you receive purporting to advise you that our bank account details have changed. If you receive any such communication, please telephone us and speak to your contact at our office. We will also require independent verification of changes to any account to which we are asked to send money.**

This message has been scanned for viruses by Mimecast.

**Americas   |   Europe   |   Middle East   |   Asia Pacific**

Please consider your environmental responsibility before printing this email.