UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 18-cv-24912
IN ADMIRALTY

CHEMBULK OCEAN TRANSPORT,
LLC,

    Plaintiff,

v.

WORLD FUEL SERVICES, INC.
d/b/a WORLD FUEL SERVICES

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, Chembulk Ocean Transport, LLC and Defendant, World Fuel Services, Inc., d/b/a World Fuel Services, hereby notifies this Honorable Court that all pending claims between Plaintiff and all Defendant have been resolved. The Parties respectfully request thirty (30) days to finalize settlement documents and file their Joint Stipulation for Dismissal with the Court.

Dated:  March 4, 2020
       Miami, Florida

                                      Respectfully submitted,

                              By: *Catherine J. MacIvor*
                                   Catherine J. MacIvor
                                   Florida Bar No. 932711
                                   cmacivor@fflegal.com
                                   Paul Bagley, Esq.
                                   Florida Bar No. 94211
                                   pbagley@fflegal.com
                                   One Biscayne Tower, Suite 2300
                                   2 South Biscayne Boulevard

>Miami, FL  33131
>Phone: 305-358-6555
>Fax: 305-374-9077
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on March 4, 2020. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

>By: */s/ Catherine J. MacIvor*
>       Catherine J. MacIvor

## SERVICE LIST

| | |
|---|---|
| **WAGNER LEGAL**<br>Scott A. Wagner, Esq. (FBN 10244)<br>3050 Biscayne Blvd., #904<br>sw@WagnerLegalCo.com<br>Miami, FL 33137<br>Tel:  305-768-9247/Fax: 305-306-8598<br>*Counsel for Defendant* | Jeffrey E. Foreman, Esq. (FBN 240310)<br>jforeman@fflegal.com<br>Catherine J. MacIvor, Esq. (FBN 932711)<br>cmacivor@fflegal.com<br>Paul Bagley, Esq. (FBN 94211)<br>pbagley@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL  33131<br>Tel: 305-358-6555/Fax: 305-374-9077<br>*Counsel for Plaintiff* |